# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

John Doe 1,

    Plaintiff,

v.

Gallia County Local Schools
Board of Education, *et al.*,

    Defendants.

Case No. 2:23-cv-3875

Judge Michael H. Watson

Magistrate Judge Vascura

---

John Doe 2,

    Plaintiff,

v.

Gallia County Local Schools
Board of Education, *et al.*,

    Defendants.

Case No. 2:23-cv-3927

Judge Michael H. Watson

Magistrate Judge Vascura

---

John Doe 3,

    Plaintiff,

v.

Gallia County Local Schools
Board of Education, *et al.*,

    Defendants.

Case No. 2:23-cv-4008

Judge Michael H. Watson

Magistrate Judge Vascura

John Doe 4,

    Plaintiff,

v.

Gallia County Local School
District Board of Education, *et al.*,

    Defendants.

Case No. 2:23-cv-4103

Judge Michael H. Watson

Magistrate Judge Vascura

---

John Doe 5,

    Plaintiff,

v.

Gallia County Local Schools
Board of Education, *et al.*,

    Defendants.

Case No. 2:24-cv-79

Judge Michael H. Watson

Magistrate Judge Vascura

---

Jane Doe 1,

    Plaintiff,

v.

Gallia County Local Schools
Board of Education, *et al.*,

    Defendants.

Case No. 2:24-cv-184

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Pursuant to the Court's prior Opinion and Order, ECF No. 22, Case No. 2:23-cv-3875, the parties are **ORDERED** to file everything concerning these cases in **ONLY** Case No. 23-cv-3875 and to **CEASE** filing documents in all other cases, unless given express permission by the Court. Defendants are **ORDERED** to answer Plaintiff's Consolidated Complaint, ECF No. 34, **ONLY in Case No. 2:23-cv-3875**.

Defendant Michal Paige Huck also moves to stay in Case No. 2:24-cv-79. See ECF No. 9, Case No. 2:24-cv-79. This motion was addressed by the Court's Opinion and Order in Case No. 2:23-cv-3875. See ECF No. 31, Case No. 2:23-cv-3875 (granting in part Defendant Michal Paige Huck's motion to stay in the consolidated case) and should therefore be terminated as a pending motion.

The Clerk shall strike ECF No. 20 in Case No. 2:23-cv-3927, ECF No. 14 in Case No. 2:23-cv-4008, ECF No. 13 in Case No. 2:23-cv-4103, ECF No. 12 in Case No. 2:24-cv-79, and ECF No. 12 in Case No. 2:24-cv-184.

The Clerk shall terminate as moot ECF No. 9 in Case No. 2:24-cv-79.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**

Case No. 2:23-cv-3875
Case No. 2:23-cv-3927
Case No. 2:23-cv-4008
Case No. 2:23-cv-4103
Case No. 2:24-cv-79
Case No. 2:24-cv-184

Page 3 of 3