UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Doe 1, *et al.*,

    Plaintiffs,

    v.

Gallia County Local Schools
Board of Education, *et al.*,

    Defendants.

Case No. 2:23-cv-3875

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Undersigned intends to mediate this case. The parties are **DIRECTED** to contact the Undersigned's career law clerk, Caitlin Miller, at 614-719-3281 to schedule said mediation for a date and time after the new year.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**