**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN DOE,**

    **Plaintiff,**

  v.                                           **Civil Action 2:23-cv-3875**
                                                      **Judge Michael H. Watson**
**GALLIA COUNTY LOCAL SCHOOLS**      **Magistrate Judge Chelsey M. Vascura**
**BOARD OF EDUCATION,** *et al.***,**

    **Defendants.**

## ORDER

On April 22, 2024, the undersigned stayed discovery in this matter as to Defendant Matthew Huck, pending resolution of related criminal proceedings against him. (ECF No. 39.) On February 3, 2025, Matthew Huck filed a Notice stating that the criminal proceedings have concluded. (ECF No. 56.) Accordingly, the parties are **ORDERED** to confer and submit a joint proposed case schedule **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**. If the parties cannot come to an agreement, they may request a scheduling conference to discuss the proposed case schedule.

    **IT IS SO ORDERED.**

                                                              /s/ *Chelsey M. Vascura*
                                                              CHELSEY M. VASCURA
                                                              UNITED STATES MAGISTRATE JUDGE