**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN DOE,**

    **Plaintiff,**

  v.                                     **Civil Action 2:23-cv-3875**
                                          **Judge Michael H. Watson**
**GALLIA COUNTY LOCAL SCHOOLS**     **Magistrate Judge Chelsey M. Vascura**
**BOARD OF EDUCATION,**

    **Defendants.**

## ORDER

On February 12, 2025, parties were ordered to confer and submit a joint proposed case schedule within fourteen days, or, if they could not reach an agreement, request a scheduling conference to discuss the proposed case schedule. (ECF No. 57.) To date, parties have not submitted a joint proposed case schedule nor requested a conference. Accordingly, parties are again **ORDERED** to confer and submit a joint proposed case schedule **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER.** If the parties cannot come to an agreement, they may request a scheduling conference to discuss the proposed case schedule.

    **IT IS SO ORDERED.**

                                                                    /s/ *Chelsey M. Vascura*
                                                                    CHELSEY M. VASCURA
                                                                    UNITED STATES MAGISTRATE JUDGE