**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN DOE,**

      **Plaintiff,**

    **v.**
                                              **Civil Action 2:23-cv-3875**
                                              **Judge Michael H. Watson**
                                              **Magistrate Judge Chelsey M. Vascura**

**GALLIA COUNTY LOCAL SCHOOLS**
**BOARD OF EDUCATION,** *et al.*,

      **Defendants.**

### ORDER

      This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (ECF No. 61.) Therein, Plaintiff attempts to dismiss his case under Fed. R. Civ. P. 41(a)(1)(A). (*Id.*) Because Defendants have filed answers (*see* ECF Nos. 14, 15) dismissal must be obtained via stipulation signed by all parties who have appeared under Fed. R. Civ. P. 41(a)(1)(A)(ii) or via motion under Fed. R. Civ. P. 41(a)(2). Accordingly, the Court **STRIKES** Plaintiff's Notice (ECF No. 61).

      **IT IS SO ORDERED.**

                                         /s/ *Chelsey M. Vascura*
                                         CHELSEY M. VASCURA
                                         UNITED STATES MAGISTRATE JUDGE