## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE 1, JOHN DOE 2,** : | |
| **JOHN DOE 3, JOHN DOE 4,** : | |
| **JOHN DOE 5, and JANE DOE 1,** : | |
| : | Case No. 2:23-cv-03875-MHW-CMV |
| : | |
| **Plaintiffs,** : | |
| : | Judge Michael H. Watson |
| v. : | |
| : | Magistrate Judge Chelsey Vascura |
| **GALLIA COUNTY LOCAL SCHOOLS** : | |
| **BOARD OF EDUCATION, JUDE** : | |
| **MEYERS, TIMOTHY RYAN** : | |
| **EDWARDS, JAMES MICHAEL** : | |
| **JACOBS, OTHO EDWARD MOORE,** : | |
| **MICHAL PAIGE HUCK, and** : | |
| **MATTHEW HUCK,** : | |
| : | |
| **Defendants.** : | |

## JOINT STIPULATION OF DISMISSAL

We, the attorneys for the respective parties, and pursuant to Rule 41(A)(1)(b), hereby stipulate and agree that the above-styled action and all claims set forth in, and embraced by Plaintiffs' Complaint(s), have been settled and are hereby dismissed as between all parties, with prejudice, at Defendants' cost.

Given this stipulation, the parties hereby request the Court enter an Order VACATING all dates and deadlines and DISMISSING with prejudice all claims brought forth in this lawsuit.

Notwithstanding this dismissal, the Court retains jurisdiction over this purpose of enforcing the terms of settlement. This entry terminates the case.

So stipulated this 19th day of March, 2025.

**IT IS SO ORDERED.**

_____
Honorable Judge Michael H. Watson

APPROVED BY:

 */s/ Craig S. Tuttle*
Craig S. Tuttle, Esq. (0086521)
Leeseberg Tuttle, L.P.A.
175 S. Third Street,
Penthouse One
Columbus, Ohio 43215
T: (614) 221-2223
F: (614) 221-3106
ctuttle@leeseberglaw.com

Mark A. Weiker, Esq. (0086413)
Abdnour Weiker, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
Mark@education-rights.com
*Attorneys for Plaintiffs*

*/s/ Aaron M. Glasgow (per email auth)*
Aaron M. Glasgow (0075466)
Issac Wiles & Burkholder, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
T: (61) 221-2121
F: (614) 365-9516
aglasgow@isaacwiles.com
*Counsel for Defendants Gallia County Local Schools Board of Education, Jude Meyers, Timothy Ryan Edwards, James Michael Jacobs, and Otho Edward Moore*

*/s/ Richard A. Williams (per email auth)*
Richard A. Williams (0013347)
Williams & Finkbine, Co., LLC
338 South High Street, Second Floor
Columbus, Ohio 43215
T: (614) 224-0531
F: (614) 224-0553
richardw@ohiolegalfirm.com
*Counsel for Defendant Matthew Huck*